IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN WEIL, | : |
| | : Case No. 4:12-CV-00413 |
| Plaintiff, | : |
| | : |
| | : (Judge Brann) |
| v. | : |
| | : |
| DR. DAVID I. WHITE, WALT EISENHAUER, ANNA MAE SMITH, JOHN LEFFERT, DR. MICHAEL GREENBERG, DR. DEBORAH ERICKSON, LANE BOWER, and DR. MARY ROSE-COLLEY, | : |
| | : |
| Defendants. | : |

**ORDER**

October 16, 2013

In accordance with the memorandum issued this date, it is hereby

**ORDERED** that Plaintiff's Counsel Joseph C. Korsak, Esq.'s Motion to Withdraw as Attorney is **GRANTED**.

        BY THE COURT:

        /s Matthew W. Brann
        Matthew W. Brann
        United States District Judge